PHILLIP A. TALBERT
Acting United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 5:16-PO-00389-JLT |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL |
| v. | ) | |
| CORINA T. RODELO, | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby respectfully moves for continuance of trial concerning Case Number 5:16-PO-00389-JLT against CORINA T. RODELO to June 30, 2017.  The Defendant does not oppose the continuance of trial to June 30, 2017.

Dated:  March 2, 2017         Respectfully Submitted,
                              Phillip A. Talbert
                              Acting United States Attorney

                      By:     *Kyle R. Ratliff* (signature)
                              Kyle R. Ratliff
                              Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the trial in Case Number 5:16-PO-00389-JLT against CORINA T. RODELO be continued to June 30, 2017, in the interest of justice.

Dated:     March 2, 2017

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge